```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------x
LUIS CORDOVA,

                    Plaintiffs,

    -against-                              MEMORANDUM AND ORDER
                                           14-CV-4662 (FB) (JO)
JADE RESTORATION CORP. et al.,

                    Defendants.
---------------------------------------------------x
```

*Appearances:*
*For the Plaintiffs:*
ANDREW GLENN
JODI JILL JAFFE
Jaffe Glenn Law Group, PA
168 Franklin Corner Road
Lawrence Township, NJ 08648

**BLOCK, Senior District Judge:**

On April 14, 2015, Magistrate Judge James Orenstein issued a Report and Recommendation ("R&R") recommending that Plaintiff's case be dismissed for failure to prosecute. R&R at 3. The R&R further provided that failure to object within fourteen days would preclude appellate review. *Id.* at 3-4. To date, no objections have been filed.

If clear notice has been given of the consequences of the failure to object, and there are no objections, the Court may adopt the R&R without *de novo* review. *See Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure to timely to object to a magistrate's

report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court will excuse a failure to object and conduct *de novo* review if it appears that the magistrate judge may have committed plain error. *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000). No such error appears here. Accordingly, the Court adopts the R&R without *de novo* review and directs the Clerk of the Court to enter judgment in accordance with the R&R.

**SO ORDERED.**

/S/ Frederic Block
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
September 2, 2015

2